IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN J. YOUNG :
:
v. :
: CIVIL ACTION
MICHAEL J. ASTRUE, :
Commissioner of Social Security : No: 09-5635

## ORDER

**AND NOW**, this 29th day of April, 2011, upon consideration of Magistrate Judge Hey's Report and Recommendation, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. **JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** and the relief sought by Plaintiff is **DENIED**; and

3. The Clerk of Court shall **CLOSE** this case for statistical purposes.

BY THE COURT:

_____
PAUL S. DIAMOND, J.